STATE, RESPONDENT, *v.* CALLAGHAN, APPELLANT.

(No. 3,970.)

(Submitted April 23, 1917. Decided May 28, 1917.)

[165 Pac. 753.]

(For syllabus and names of counsel, see *State* v. *Story, ante,* p. 573.)

MR. JUSTICE SANNER delivered the opinion of the court.

The questions presented by this appeal are the same and arise in the same way as those presented in *State ex rel. Langohr* v. *Story, ante,* p. 573, 165 Pac. 748. On the authority of that decision, and for the reasons stated therein, the judgment appealed from is affirmed.

*Affirmed.*

MR. CHIEF JUSTICE BRANTLY and MR. JUSTICE HOLLOWAY concur.